UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    TIFFANY LAVONNE GIVENS-BARNETT<br><br>                                    Debtor | CASE NO: 06-30547<br>        (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055541**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 18 | KAUFMANNS<br>GE MONEY<br>BOX 105968<br>ATLANTA, GA  30353 | 618.53 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/7/2011

Certificate of Service  06-30547

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

TIFFANY LAVONNE GIVENS-BARNETT
4643 LAUREL DR.
DAYTON, OH  45417

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(29.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(32.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(2.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(27.1n)
JOHN JANSING
124 E THIRD ST
SUITE 300
DAYTON, OH  45402

(18.1)
KAUFMANNS
GE MONEY
BOX 105968
ATLANTA, GA  30353

(33.1n)
NUVELL CREDIT COMPANY LLC
BOX 130156
ROSEVILLE, MN  55113

(1017.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

(1016.1n)
SALLIE MAE INC
220 LASLEY AVE
WILKES-BARRE, PA  18706

Jeffrey M. Kellner BY   ___/s/ Jeffrey M. Kellner_____  sv